**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ANDRES CASTRO-ROCHA, aka Andres Pocha Castro,<br><br>Defendants - Appellants. | No. 08-50228<br><br>D.C. No. 2:08-cr-00165-PA<br><br>MEMORANDUM [*] |

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted March 16, 2010 [**]

Before:     SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Andres Castro-Rocha appeals from his guilty-plea conviction and 30-month

sentence for being an illegal alien found in the United States following deportation,

_____

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Castro-Rocha's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided the appellant the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED**, but the case is **REMANDED** for the limited purpose of correcting the judgment to reflect only the special conditions of supervised release orally pronounced at sentencing.